IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF:
ERNESTINE TIPSWORD, DECEASED.

ANTHONY DIBLASIO,
Appellant,
vs.
DAVID M. PADILLA; AND DONNA
JEAN BURNETTE,
Respondents.

No. 85306

FILED

NOV 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____
DEPUTY

## *ORDER DISMISSING APPEAL*

This appeal was docketed on September 12, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Gloria Sturman, District Judge
        Anthony DiBlasio
        Hayes Wakayama
        Eighth District Court Clerk

---

[1]In light of this order, no action will be taken on the notices filed on September 13 and 19, 2022, or the motion filed on September 21, 2022.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-34533